# Silver *versus* Schuylkill County.

See Kimber's case (*antea*) for the principles decided in this case.

CERTIORARI to the Common Pleas of *Schuylkill county.*

The object of the proceeding in this case was to have a review of the proceeding or the judgment of the Court of Common Pleas of Schuylkill county, in the matter of an appeal to that Court by Joseph S. Silver, from the decision of the county commissioners increasing the valuation of certain lands in Blythe township, Schuylkill county, known as "The Valley Furnace Lands."

The lands were valued by the assessors, at the triennial assessment in 1850, at $73,885. After the appeals were held, at which the owners did not attend, the county commissioners raised the valuation of the lands above referred to, to $113,210. Under the provisions of the 7th section of the Act of 26th April, 1850, referred to in the case of Kimber v. Schuylkill County (antea 366), an appeal from the action of the county commissioners was taken to the Court of Common Pleas. On the 18th June, 1851, by order of the associate judges, the president judge dissenting, the appeal was *dismissed.*

A *certiorari* was issued, and it was assigned for error, that "the Court erred in dismissing the appeal, and in not reducing the valuation to that returned by the assessors."

*Parry*, for the plaintiff in error.

*Bannan*, for the county.

PER CURIAM.—For the reasons given in the case of Kimber against the County of Schuylkill, the appeal in this case is rein-

stated, and the record remitted to the Common Pleas with orders to proceed, and to hear and finally determine the case.